THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Ricky B. Grier, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-339
Submitted May 1, 2005  Filed May 18, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia,  for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ricky Grier pled guilty to possession with intent to distribute crack cocaine within proximity of a school.  The circuit court judge sentenced Grier to ten years imprisonment suspended upon the service of five years probation.  After violating several conditions of his probation, the circuit court judge revoked Griers probation in full and imposed the original ten-year sentence.  Grier appeals the revocation of his probation.
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Grier attached to the final brief a petition to be relieved as counsel, stating he had reviewed the record and concluded Griers appeal is without legal merit sufficient to warrant a new trial.  Grier did not file a separate pro se response.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
 HEARN, C.J., BEATTY and SHORT, JJ., concur. 

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.